**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Christopher Copeln *

      Plaintiff(s)       *     Civil Action No. WMN-00-2787

      vs.       *

Baltimore International College *

      Defendant(s) *

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1 (b) of this Court, __Jonathan Dailey__ Esquire a member of the Bar of this court, moves the admission of __Peter Cohen__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiff__.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __the District of Columbia__

and/or the following United States Court(s): __District of Columbia Court of Appeals, United States District Court for the District of Columbia; United States Court of Appeals for the District of Columbia Circuit__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Never__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S DISTRICT COURT

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT
_____
Signature
3333 R Street, N.W.
Address
Suite 400
Washington DC 20007
Office phone number  202 944-9850
202 944-9884
Fax number
13368
Md. U S District Court Number

PROPOSED ADMITTEE:
_____
Signature
4857 Sweetbirch Drive
Address
Rockville, MD 20853
301/724 7118
Office phone number
301/724-6413
Fax number

ORDER

Motion  ✓  GRANTED

Motion  ___  GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion  ___  DENIED

11/6/00                    _____
Dated                       Judge, U. S. District Court

FILED ___ ENTERED
___ RECEIVED
NOV - 7 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail on October 31st, 2000, on:

> Thomas M. Wood, IV, Esq.
> Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
> One South Street, 27th Floor
> Baltimore, MD 21202

_____
Jonathan C. Dailey