LAW OFFICES
## NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.

27TH FLOOR
ONE SOUTH STREET
BALTIMORE, MARYLAND 21202-3282
(410) 332-8550

THOMAS M. WOOD, IV
(410) 332-8523

FAX NO.
(410) 332-8594
E-MAIL ADDRESS:
TMW@NQGRG.COM

December 19 2000

**VIA HAND DELIVERY**

Honorable William M. Nickerson
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *Christopher Copelin v. Baltimore International College*
            Civil Action No. WMN 00 CV 2787

Dear Judge Nickerson:

      This Court's Scheduling Order in the above-captioned matter sets February 8, 2001 as the discovery cutoff. By way of this letter, the undersigned counsel for all parties request an extension of the discovery cutoff for an additional sixty (60) days, until April 6, 2001, and an extension of the Summary Judgment deadline until May 4, 2001.

      The parties have been diligent in their discovery efforts to date. Interrogatories and documents have been exchanged, and one deposition has been taken. Because of counsels' trial schedule, other depositions will be taken in early February, and we anticipate that these depositions will need further follow-up depositions. Counsel feel confident that all discovery can be completed by April 6, 2001.

      Thank you for your consideration.

      Of course, should the Court have any questions, we are available at its convenience.

                        Very truly yours,

                        Thomas M. Wood, IV

                        Peter C. Cohen

TMW:lmd
cc:    Peter C. Cohen (via telecopier)

14453; 1358.19

APPROVED THIS 19th DAY OF December, 00
/s/ W.M. Nickerson