UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER COPELIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. WMN-00-2787 |
| ) | |
| BALTIMORE INTERNATIONAL COLLEGE ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for an Enlargement of Time ("Consent Motion"), it is this 17th day of May 2001,

ORDERED, that the Consent Motion is GRANTED, and it is

FURTHER ORDERED, that the time in which plaintiff shall file his opposition to defendant's motion for summary judgment is extended to May 24, 2001.

_____
Judge William M. Nickerson

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by first class mail on May 16, 2001, on:

>Thomas M. Wood, IV, Esq.
>Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
>One South Street, 27th Floor
>Baltimore, MD  21202

_____
Peter C. Cohen