IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| CHISTOPHER COPELIN | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: WMN-00-2787 |
| BALTIMORE INTERNATIONAL COLLEGE, INC. | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant, the Baltimore International College, Inc.'s, Consent Motion for Enlargement of Time to File Reply, it is this ___8th___ day of ___June___, 2001,

**ORDERED**, that the Motion is hereby **GRANTED**, and that Defendant shall have until June 13, 2001, to file its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

William M. Nickerson
United States District Court Judge

cc: Thomas M. Wood, IV
Hugh M. Bernstein
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202