IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER COPELIN           :

v.                            :   Civil Action WMN-00-2787

BALTIMORE INTERNATIONAL       :
    COLLEGE, INC.             :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 16th day of January, 2002 by the United States District Court for the District of Maryland, ORDERED:

1) That Plaintiff's Motion to Amend Complaint, Paper No. 14, is hereby GRANTED;

2) That Defendant's Motion for Summary Judgment, Paper No. 10, is hereby GRANTED;

3) That judgment is entered in favor of Defendant Baltimore International College Foundation, Inc, and against Plaintiff Christopher Copelin;

4) That this action is hereby CLOSED;

5) That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and



6) That the Clerk of Court shall mail or transmit copies of this Memorandum and Order to all counsel of record.

_____
William M. Nickerson
United States District Judge